**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.C. FISCHER AND COMPANY,

    Plaintiff,   No. 09-02316 EDL

    v.   **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

CHARLES CARTWRIGHT,

    Defendants.
_____/

On August 28, 2009, counsel for R.C. Fischer and Quark Speed Partners filed a request to appear telephonically at the initial case management conference set for September 1, 2009 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than 5:00 p.m. on August 31, 2009, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: August 31, 2009

                                                                   *Elizabeth D. Laporte*
                                                       ELIZABETH D. LAPORTE
                                                       United States Magistrate Judge