LOIS A. LINDSTROM (Bar No. 111743)
FATEH K. SAHOTA (Bar No. 240220)
ERICKSEN ARBUTHNOT.
155 Grand Avenue, Ste. 1050
Oakland, California 94612
Telephone: (510) 832-7770
Fax:  (510) 832-0102

Attorneys for Plaintiff R.C. FISCHER & CO. and
Third Party Defendant QUARK SPEED PARTNERS

RONALD K. LOSCH (Bar No.: 98170)
KEVIN J. WALLACE (Bar No.: 251826)
Kaye, Rose & Partners, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:      (415) 433-6555
Facsimile:      (415) 433-6577
Email:          rlosch@kayerose.com

Attorneys for Defendant and Third Party Plaintiff
Charles Cartwright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER & CO., | Case No: C09-2316 EDL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION COMPLETION DATE TO DECEMBER 4, 2009 & [PROPOSED] ORDER** |
| CHARLES CARTWRIGHT, DOES 1-50, Inclusive, | |
| Defendants. | |
| _____ | |
| CHARLES CARTWRIGHT, | |
| Defendant & Third Party Plaintiff, | |
| vs. | |
| QUARK SPEED PARTNERS, | |
| Third Party Defendant. | |
| _____ | |

- 2 -

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the Early Neutral Evaluation completion date currently set for November 12, 2009 be continued to December 4, 2009. This continuation is requested due to the parties' scheduling conflicts and is necessary to adequately prepare for a meaningful ADR session.

The parties have further agreed to attend a planning teleconference on November 19, 2009 at 10:30 A.M. and have agreed to participate in the early neutral evaluation on December 2, 2009.

Dated: November 10, 2009

KAYE, ROSE & PARTNERS, LLP

 /s/ Kevin Wallace
_____
RONALD K. LOSCH
KEVIN WALLACE
Attorneys for Defendant/Third Party Plaintiff CHARLES CARTWRIGHT

Dated: November 10, 2009

ERICKSEN ARBUTHNOT

 /s/ Fateh K. Sahota
_____
LOIS A. LINDSTROM
FATEH K. SAHOTA
Attorneys for Plaintiff R.C. FISCHER & Third Party Defendant QUARK SPEED PARTNERS

**IT IS SO ORDERED.**

Dated: __November 12__, 2009

_____
U.S. MAGISTRATE JUDGE