UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| R.C. FISCHER & CO.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES CARTWRIGHT, et al.,<br>　　　　Defendants.<br>_____/ | No. C09-2316 EDL MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PARTY REPRESENTATIVES**<br><br>Date:　　December 1, 2009<br>Mediator:　Matthew Vafidis |

　　IT IS HEREBY ORDERED that the party representatives with authority to settle this matter are excused from personally appearing at the December 1, 2009, mediation before Matthew Vafidis. The party representatives shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10. In the event of a further mediation session or sessions, the party representatives shall personally appear, unless permission for telephone attendance is sought and granted, pursuant to ADR Local 6-10.

　　IT IS SO ORDERED.

November 25, 2009　　　　By:　　　　　　_/s/ E.B._____

Dated

　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　United States District Judge