1  LOIS A. LINDSTROM (Bar No. 111743)
   FATEH K. SAHOTA (Bar No. 240220)
2  ERICKSEN ARBUTHNOT.
   155 Grand Avenue, Ste. 1050
3  Oakland, California 94612
   Telephone: (510) 832-7770
4  Fax:  (510) 832-0102

5  Attorneys for Plaintiff R.C. FISCHER & CO. and
   Third Party Defendant QUARK SPEED PARTNERS
6
   RONALD K. LOSCH (Bar No.: 98170)
7  KEVIN J. WALLACE (Bar No.: 25182)6

8  Kaye, Rose & Partners, LLP
   425 California Street, Suite 2025
9  San Francisco, CA 94104
   Telephone:     (415) 433-6555
10 Facsimile:     (415) 433-6577
   Email:         rlosch@kayerose.com
11

12 Attorneys for Defendant and Third Party Plaintiff
   Charles Cartwright
13

14               UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 R.C. FISCHER & CO.,                     )  Case No:  C09-2316 EDL
                                           )
18            Plaintiff,                    )
                                           )  **STIPULATION TO EXTEND**
19     vs.                                 )  **MEDIATION COMPLETION DATE TO**
                                           )  **FEBRUARY 24, 2010 & [~~PROPOSED~~]**
20 CHARLES CARTWRIGHT, DOES 1-50,          )  **ORDER**
   Inclusive,                              )
21                                         )
              Defendants.                  )
22 _____ )
                                           )
23 CHARLES CARTWRIGHT,                      )
                                           )
24            Defendant & Third Party      )
              Plaintiff,                    )
25                                         )
       vs.                                 )
26                                         )
   QUARK SPEED PARTNERS,                    )
27                                         )
              Third Party Defendant.       )
                                           )
28 _____ )

1        IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by

2    their respective counsel, that the mediation completion date currently set for December 4, 2009

3    be continued to February 24, 2010.

4        The parties participated in mediation on December 1, 2009, but were unable to resolve

5    the matter at that time as further investigation was required.  The parties subsequently agreed to

6    complete the second mediation session by February 10, 2010.  However, due to scheduling

7    conflicts the parties request a brief two week extension to complete mediation by February 24,

8    2010.  This continuation is requested due to the parties' scheduling conflicts and is necessary to

9    adequately prepare for a meaningful ADR session.

10

11   Dated: February 5, 2010                         Dated: February 5, 2010

12   KAYE, ROSE & PARTNERS, LLP          ERICKSEN ARBUTHNOT

13
     /s/ Kevin Wallace                            /s/ Fateh K. Sahota
14
     _____       _____
15   RONALD K. LOSCH                     LOIS A. LINDSTROM
     KEVIN WALLACE                      FATEH K. SAHOTA
16   Attorneys for Defendant/Third Party       Attorneys for Plaintiff R.C. FISCHER &
     Plaintiff CHARLES CARTWRIGHT        Third Party Defendant QUARK SPEED
17                                      PARTNERS

18

19   **IT IS SO ORDERED.**

20

21   Dated: _February 8, ___, 2010

22

23

24

25

26

27

28