LOIS A. LINDSTROM (Bar No. 111743)
FATEH K. SAHOTA (Bar No. 240220)
ERICKSEN ARBUTHNOT.
155 Grand Avenue, Ste. 1050
Oakland, California 94612
Telephone: (510) 832-7770
Fax:  (510) 832-0102

Attorneys for Plaintiff R.C. FISCHER & CO. and
Third Party Defendant QUARK SPEED PARTNERS

RONALD K. LOSCH (Bar No.: 98170)
KEVIN J. WALLACE (Bar No.: 251826)
Kaye, Rose & Partners, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 433-6555
Facsimile:     (415) 433-6577
Email:         rlosch@kayerose.com

Attorneys for Defendant and Third Party Plaintiff
Charles Cartwright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER & CO., <br><br> Plaintiff, <br> vs. <br> CHARLES CARTWRIGHT, DOES 1-50, Inclusive, <br><br> Defendants. <br>_____ <br> CHARLES CARTWRIGHT, <br><br> Defendant & Third Party Plaintiff, <br><br> vs. <br><br> QUARK SPEED PARTNERS, <br><br> Third Party Defendant. <br>_____ | Case No: C09-2316 EDL <br><br> **STIPULATION TO CONTINUE CMC DATE FROM MARCH 2, 2010 TO MARCH 23, 2010.** |

- 2 -

1     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by
2 their respective counsel, that the March 2, 2010 Case Management Conference be continued to
3 March 23, 2010 at 10:00 A.M. A joint case management conference statement shall be filed no later than March 16, 2010.
4

5
6 Dated: February 25, 2010                        Dated: February 25, 2010

KAYE, ROSE & PARTNERS, LLP            ERICKSEN ARBUTHNOT

7
  */s/ Kevin Wallace*                               */s/ Fateh K. Sahota*
8 _____       _____
9 RONALD K. LOSCH                       LOIS A. LINDSTROM
KEVIN WALLACE                          FATEH K. SAHOTA
10 Attorneys for Defendant/Third Party          Attorneys for Plaintiff R.C. FISCHER &
Plaintiff CHARLES CARTWRIGHT          Third Party Defendant QUARK SPEED
11                                                        PARTNERS

12
13     **IT IS SO ORDERED.**
14
15
16 Dated: __February 25__, 2010                        _____
                                                          U.S. MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28