United States District Court
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   R.C. FISCHER AND COMPANY,
9                 Plaintiff,                    No. 09-02316  EDL
10       v.                                     **ORDER GRANTING APPLICATION  TO**
                                                **APPEAR TELEPHONICALLY**
11  CHARLES CARTWRIGHT,
12                 Defendants.
                                         /
13
14       On March 16, 2010, counsel for R.C. Fischer and Quark Speed Partners filed a request to
15  appear telephonically at the further case management conference set for March 23, 2010 at 10:00
16  a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.
17  Counsel shall stand by beginning at the date and time above until called by the Court.  No later than
18  March 19, 2010, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the
19  Court with a direct dial number to call on for this appearance.
20  Dated: March 17, 2010
21                                              ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
22
23
24
25
26
27
28