IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY, | No. C-09-02316 EDL |
| Plaintiff, | **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHARLES CARTWRIGHT, | |
| Defendant. / | |

The Court held a Further Case Management Conference on March 23, 2010. As stated at the conference, the Court orders as follows:

1. Any motion to dismiss shall be filed no later than June 8, 2010 to be set for hearing on July 13, 2010 at 9:00 a.m.

2. Although the date for amendment of the pleadings has passed, the Court gives Plaintiff leave to amend the complaint to dismiss the vessel.

3. If the parties seek to continue any pretrial or trial dates, they shall meet and confer and file a stipulation that takes into account the Court's requirements regarding the timing of pretrial deadlines as discussed at the conference.

**IT IS SO ORDERED.**

Dated: March 29, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge