IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.C. FISCHER AND COMPANY,      No. C-09-02316 EDL

    Plaintiff,      **ORDER RE: STIPULATION TO CONTINUE TRIAL DATE**

  v.

CHARLES CARTWRIGHT,

    Defendant.
_____/

On June 21, 2010, the parties filed a stipulated request to continue pretrial and trial dates in this matter. Good cause appearing, the Court grants the request as follows. The trial date is continued to January 5, 2011. The length of the trial shall not be more than two days. The pretrial conference is scheduled for December 14, 2010 at 2:00 p.m. The last day for hearing dispositive motions shall be October 5, 2010. The parties shall meet and confer regarding extensions of fact and expert discovery cutoff dates.

**IT IS SO ORDERED.**

Dated: June 28, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge