IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES CARTWRIGHT,<br><br>    Defendant.<br>_____/ | No. C-09-02316 EDL<br><br>**ORDER CONTINUING TRIAL DATE AND SETTING PRETRIAL DATES** |

On August 10, 2010, the parties filed a stipulated request to continue pretrial and trial dates in this matter. Good cause appearing, the Court grants the request as follows. The trial date is continued to February 17, 2011 at 8:30 a.m. The length of the trial shall not be more than two days. The pretrial conference is scheduled for February 1, 2011 at 2:00 p.m. The last day for hearing dispositive motions shall be November 23, 2010.

If the parties believe that a settlement conference with a magistrate judge would be helpful at some point in the future, they may ask the Court for a referral, keeping in mind that settlement conferences are normally scheduled approximately three months in advance.

**IT IS SO ORDERED.**

Dated: August 11, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge