IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES CARTWRIGHT,<br><br>　　　　　Defendant.<br>_____/ | No. C-09-02316 EDL<br><br>**ORDER SETTING PRETRIAL AND TRIAL DATES** |

　　　The trial date is continued to April 25, 2011. The length of the trial shall not be more than two days. The pretrial conference is scheduled for April 5, 2011 at 2:00 p.m.

　　　**IT IS SO ORDERED.**

Dated: January 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge