1  LOIS A. LINDSTROM, Bar No:111743
   FATEH K. SAHOTA, Bar No:240220
2  ERICKSEN ARBUTHNOT.
   155 Grand Avenue, Ste. 1050
3  Oakland, California 94612
   (510) 832-7770
4  Fax:  (510) 832-0102

5  Attorneys for Plaintiff, R.C. FISCHER & CO. and
   Third Party Defendant, QUARK SPEED PARTNERS
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 R.C. FISCHER & CO.,                    Case No:  C09-2316 EDL

12         Plaintiff,                     **IN ADMIRALTY**

13    vs.                                 **STIPULATION TO CONTINUE TRIAL
                                          AND [PROPOSED] ORDER**
14
   CHARLES CARTWRIGHT, DOES 1-50,
15 Inclusive,

16
           Defendants.
17

18 CHARLES CARTWRIGHT,

19         Defendant and Third Party
              Plaintiff,
20    vs.

21
   QUARK SPEED PARTNERS,
22
           Third Party Defendant.
23

24

25     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

26 parties herein that the trial date for this action currently set for  April 27, 2011 be continued

27 to July 21 and 22, 2011.  This continuance is requested due to a scheduling conflict with the

28 current trial date of April 27, 2011.

STIPULATION TO CONTINUE TRIAL & [PROPOSED] ORDER            CASE NO: C09-2316 EDL

1    IT IS FURTHER STIPULATED AND AGREED that the dates set for pre-trial matters be continued to dates convenient to the court and as may be set by the court consistent with the new trial date.

DATED: January 28, 2011

| KAYE, ROSE & PARTNERS, LLP | ERICKSEN ARBUTHNOT |
|---|---|
| /s/ Ronald K. Losch | /s/ Fateh K. Sahota |
| RONALD K. LOSCH<br>Attorneys for Defendant/Third Party Plaintiff CHARLES CARTWRIGHT | LOIS A. LINDSTROM<br>FATEH K. SAHOTA<br>Attorneys for Plaintiff R.C. FISCHER & Third Party Defendant QUARK SPEED PARTNERS |

[~~PROPOSED~~] ORDER

**A pretrial conference is scheduled for 7/12/2011 at 2:00 p.m.**

   IT IS SO ORDERED.

DATED: March 4, 2011

ELIZABETH D. LAPORT
United States Magistrate Judge