IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARLES CARTWRIGHT,<br><br>        Defendant.<br>_____ / | No. C-09-02316 EDL<br><br>**ORDER GRANTING LIMITED EXTENSION OF TIME TO FILE PRETRIAL CONFERENCE MATERIALS** |

  The pretrial conference in this matter is set for July 12, 2011.  According to the Court's Case Management and Pretrial Order, no later than twenty days before the pretrial conference, the parties were required to file a joint pretrial conference statement, trial briefs, motions in limine, excerpts from discovery that will be offered for trial, joint proposed findings of fact and conclusions of law, disclosure of expert witnesses, and exhibits.  See Docket 19 at 4-7.  No later than ten days before the pretrial conference, the parties are required to file any objections to exhibits or to use of deposition excerpts or other discovery, any objections to nonexpert witnesses, any opposition to a motion in limine.  Id. at 7.

  The parties failed to file their initial pretrial materials on time.  On June 23, 2011, after the Court contacted counsel, the parties requested a continuance to July 1, 2011 to file their pretrial materials.  The Court denies the request to extend the filing date to July 1, 2011.  Instead, the Court reluctantly grants an extension to file initial pretrial materials to Monday, June 27, 2011 at noon.

The parties shall file any objections or oppositions to the initial pretrial filings no later than July 5, 2011. The parties are admonished to comply with this and all future court orders in a timely manner.

**IT IS SO ORDERED.**

Dated: June 23, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge