IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>CHARLES CARTWRIGHT,<br><br>      Defendant.<br>_____ / | No. C-09-02316 EDL<br><br>**ORDER REQUIRING FURTHER BRIEFING** |

    Having considered the parties' pre-trial submissions, the Court requires further information on the parties' respective positions on the issues of standing raised by Defendant. Each party is ordered to file a supplemental brief of no more than five pages on the issue of standing by 10:00 a.m. on July 8, 2011.

**IT IS SO ORDERED.**

Dated: July 1, 2011

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge