IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY, | No. C-09-02316 EDL |
| Plaintiff, | **ORDER ADDITIONAL POST-TRIAL BRIEFING** |
| v. | |
| CHARLES CARTWRIGHT, | |
| Defendant. | |

In Plaintiff's post-trial brief, Plaintiff seeks leave to file a reply brief on the issues of the salvage value of the vessel and betterment. Good cause appearing, the Court grants Plaintiff's request. A reply brief addressing salvage value and betterment only may be filed no later than September 9, 2011. If Defendant chooses to, it may file a sur-reply brief no later than September 16, 2011.

**IT IS SO ORDERED.**

Dated: September 1, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge