RONALD K. LOSCH (Bar No. 98170)
MARK R. MEYER (Bar No. 238231)
KAYE, ROSE & PARTNERS, LLP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:   (415) 433-6555
Facsimile:   (415) 433-6577
Email:        rlosch@kayerose.com

Attorneys for Defendant and
Third Party Plaintiff Charles Cartwright

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER & CO., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES CARTWRIGHT and the marine vessel *INKATU* (bearing hull identification number TYA37488K586), her engines, apparel, electronics, tackle, appurtenances, etc., *in rem* , <br><br> Defendants. <br> _____ <br> CHARLES CARTWRIGHT, <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> QUARK SPEED PARTNERS, <br><br> Third Party Defendant. | Case No. C09-2316 EDL <br><br> **IN ADMIRALTY** <br><br> **STIPULATION RE: PRE-JUDGMENT INTEREST; DECLARATION OF MARK R. MEYER RE: SAME** <br><br><br> **Courtroom:**   E, 15th Floor <br> **Judge:**        Elizabeth D. Laporte |

///

///

///

///

1

In the Court's order regarding the parties' respective motions to amend the judgment, the Court has directed the parties as follows:

> No later than December 8, 2011, the parties shall file a stipulation regarding prejudgment interest that includes the total amount of prejudgment interest from the date of the collision to the date of this Order using the rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week ending December 2, 2011, plus a daily rate of interest to apply from the date of this Order through the entry of final judgment, which the Court anticipates entering by December 9, 2011.

The parties have stipulated as follows:

The applicable interest rate for 12/2/2011 is 0.13%.  The amount of prejudgment interest on the judgment of $45,832.96 from 6/22/2007 to 12/9/2011 is $267.02.

Dated: December 8, 2011                                        KAYE, ROSE & PARTNERS, LLP


                                                        By:   */s/ Ronald K. Losch*
                                                              Ronald K. Losch
                                                              Mark R. Meyer
                                                              Attorneys for Defendant and Third Party
                                                              Plaintiff Charles Cartwright

//
//
//
//
//
//
//
//
//
//
//

**Stipulation Re Pre-Judgment Interest**
**R.C. Fischer & Co. v. Charles Cartwright, et al. – Case No. C09-2316 EDL**

### DECLARATION OF MARK R. MEYER IN SUPPORT

I declare:

1. My name is Mark R. Meyer. Except as noted, I make this declaration of my own personal knowledge. I am an attorney of record for Defendant and Third Party Plaintiff Charles Cartwright.

3. On December 6, 2011, I sent an email to counsel for Plaintiff and Third Party Defendant, Ms. Fateh Sahota, requesting she stipulate to the amount of prejudgment interest. On December 8, 2011, she responded via email that she consented to Defendant and Third Party Plaintiff filing the stipulation establishing pre-judgment interest in the amount of $267.02.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: December 8, 2011                         */s/ Mark R. Meyer*
                                                Mark R. Meyer