IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.C. FISCHER AND COMPANY, | No. C-09-02316 EDL |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| CHARLES CARTWRIGHT, | |
| Defendant. | |

This action came before the Court for a bench trial, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Findings of Fact and Conclusions of Law issued on September 19, 2011, and the Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Amend Judgment and Granting in Part and Denying in Part Defendant's Motion to Alter or Amend the Judgment or Alternatively, for a New Trial issued on December 5, 2011, Plaintiff is entitled to judgment in the amount of $45,832.96 plus prejudgment interest in the amount of $267.02 as stipulated by the parties. See Docket No. 103. Defendant shall take nothing from its third party complaint against Third Party Defendant Quark Speed Partners. Defendant Marine Vessel INKATU (bearing hull identification number TYA37488K586), her engines, apparel, electronics, tackle, appurtenances, etc., in rem is dismissed.

**IT IS SO ORDERED.**

Dated: December 9, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge